IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV39

| WINSTON CONTAINER COMPANY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OMNI SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. On March 30, 2007, a report of mediation was filed (Document No. 23) indicating that "the case has been completely settled."

**IT IS, THEREFORE, ORDERED** that the parties shall file a **STIPULATION OF DISMISSAL**, or in the alternative, a joint status report on or before **May 25, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge